PHILADELPHIA NEWSPAPERS, INC., Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD (Garland R. COOLEY), Appellees.

Supreme Court of Pennsylvania.

Argued Jan. 24, 1994.

Decided March 24, 1994.

Reargument Denied May 4, 1994.

John J. Muldowney, for Phila. News.

James J. DeMarco, for Garland Cooley.

Norman R. Haigh, Secretary, for W.C.A.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.